UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


ROBERT DILLON,

        Plaintiff,

v.                                                                    CASE NO: 3:26-cv-1930-JEP-PDB

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; and T.K. WATERS, in his
official capacity as Sheriff of
Jacksonville,
        Defendants.
_____/

**DEFENDANT JAMES WALTERS' ANSWER AND AFFIRMATIVE
DEFENSES TO FIRST AMENDED COMPLAINT**

Defendant James Walters answers the correspondingly numbered

paragraphs of Plaintiff's First Amended Complaint [Doc. 35] as follows:

1.      The allegations of this paragraph are not contemplated under

Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are

denied.

2.      The allegations of this paragraph are not contemplated under

Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are

denied.

3.      The allegations of this paragraph are not contemplated under

Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are

denied.

4.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

5.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

6.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

7.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

8.      Admitted for jurisdictional purposes only.

9.      Admitted for purposes of venue, but denied that the Fort Myers Division is the appropriate division, as all remaining Defendants are located in the Jacksonville Division.

10.     Without knowledge and therefore denied.

11.     Admitted.

12.     Without knowledge and therefore denied.

13.     Admitted that Waters is the Sheriff of the City of Jacksonville,

that he is sued in his official capacity, and that the Jacksonville Sheriff's Office (JSO) is the law enforcement agency of the Consolidated City of Jacksonville. The remainder of this paragraph is denied as framed.

14. Admitted that Walters was at all times relevant employed as a sergeant with JSO. The remainder of this paragraph is denied.

15. Without knowledge and therefore denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. Without knowledge and therefore denied.

20. Without knowledge and therefore denied.

21. Without knowledge and therefore denied.

22. Without knowledge and therefore denied.

23. Without knowledge and therefore denied.

24. Without knowledge and therefore denied.

25. Without knowledge and therefore denied.

26. Without knowledge and therefore denied.

27. Without knowledge and therefore denied.

28. Without knowledge and therefore denied.

29. Without knowledge and therefore denied.

30. Without knowledge and therefore denied.

31.    Without knowledge and therefore denied.

32.    Without knowledge and therefore denied.

33.    Without knowledge and therefore denied.

34.    Without knowledge and therefore denied.

35.    Admitted as to the first sentence of this paragraph; the remainder is denied.

36.    Without knowledge and therefore denied.

37.    Without knowledge and therefore denied.

38.    Without knowledge and therefore denied.

39.    Without knowledge and therefore denied.

40.    Without knowledge and therefore denied.

41.    Without knowledge and therefore denied.

42.    Without knowledge and therefore denied.

43.    Without knowledge and therefore denied.

44.    Without knowledge and therefore denied.

45.    Denied.

46.    Without knowledge and therefore denied.

47.    Without knowledge and therefore denied.

48.    Without knowledge and therefore denied.

49.    Without knowledge and therefore denied.

50.    Without knowledge and therefore denied.

51.   Without knowledge and therefore denied.

52.   Without knowledge and therefore denied.

53.   Denied.

54.   Denied.

55.   Without knowledge and therefore denied.

56.   Denied as to JSO; otherwise without knowledge and therefore denied.

57.   Without knowledge and therefore denied.

58.   Without knowledge and therefore denied.

59.   Without knowledge and therefore denied.

60.   Without knowledge and therefore denied.

61.   Without knowledge and therefore denied.

62.   Without knowledge and therefore denied.

63.   Without knowledge and therefore denied.

64.   Without knowledge and therefore denied.

65.   Without knowledge and therefore denied.

66.   Without knowledge and therefore denied.

67.   Without knowledge and therefore denied.

68.   Without knowledge and therefore denied.

69.   Without knowledge and therefore denied.

70.   Without knowledge and therefore denied.

71.    Without knowledge and therefore denied.

72.    Without knowledge and therefore denied.

73.    Without knowledge and therefore denied.

74.    Without knowledge and therefore denied.

75.    Without knowledge and therefore denied.

76.    Without knowledge and therefore denied.

77.    Without knowledge and therefore denied.

78.    Without knowledge and therefore denied.

79.    Without knowledge and therefore denied.

80.    Without knowledge and therefore denied.

81.    Without knowledge and therefore denied.

82.    Without knowledge and therefore denied.

83.    Denied as phrased.

84.    Denied.

85.    Denied as phrased.

86.    Without knowledge and therefore denied.

87.    Denied.

88.    Denied.

89.    Denied as phrased.

90.    Denied.

91.    Denied as phrased.

92.   Without knowledge and therefore denied.

93.   Without knowledge and therefore denied.

94.   Without knowledge and therefore denied.

95.   Without knowledge and therefore denied.

96.   Denied.

97.   Without knowledge and therefore denied.

98.   Without knowledge and therefore denied.

99.   Without knowledge and therefore denied.

100.   Without knowledge and therefore denied.

101.   Without knowledge and therefore denied.

102.   Without knowledge and therefore denied.

103.   Without knowledge and therefore denied.

104.   Without knowledge and therefore denied.

105.   Without knowledge and therefore denied.

106.   Without knowledge and therefore denied.

107.   Without knowledge and therefore denied.

108.   Without knowledge and therefore denied.

109.   Without knowledge and therefore denied.

110.   Without knowledge and therefore denied.

111.   Without knowledge and therefore denied.

112.   Without knowledge and therefore denied.

113.   Without knowledge and therefore denied.

114.   Without knowledge and therefore denied.

115.   Without knowledge and therefore denied.

116.   Without knowledge and therefore denied.

117.   Without knowledge and therefore denied.

118.   Without knowledge and therefore denied.

119.   Without knowledge and therefore denied.

120.   Without knowledge and therefore denied.

121.   Without knowledge and therefore denied.

122.   Without knowledge and therefore denied.

123.   Without knowledge and therefore denied.

124.   Without knowledge and therefore denied.

125.   Without knowledge and therefore denied.

126.   Without knowledge and therefore denied.

127.   Without knowledge and therefore denied.

128.   Without knowledge and therefore denied.

129.   Without knowledge and therefore denied.

130.   Without knowledge and therefore denied.

131.   Without knowledge and therefore denied.

132.   Without knowledge and therefore denied.

133.   Without knowledge and therefore denied.

134. Without knowledge and therefore denied.

135. Without knowledge and therefore denied.

136. Without knowledge and therefore denied.

137. Without knowledge and therefore denied.

138. Without knowledge and therefore denied.

139. Without knowledge and therefore denied.

140. Without knowledge and therefore denied.

141. Without knowledge and therefore denied.

142. Without knowledge and therefore denied.

143. Without knowledge and therefore denied.

144. Without knowledge and therefore denied.

145. Without knowledge and therefore denied.

146. Without knowledge and therefore denied.

147. Without knowledge and therefore denied.

148. Denied.

149. Without knowledge, including all discrete subparagraphs, and therefore denied.

150. Without knowledge and therefore denied.

151. Without knowledge and therefore denied.

152. Without knowledge and therefore denied.

153. Without knowledge and therefore denied.

154. Without knowledge and therefore denied.

155. Without knowledge and therefore denied.

156. Without knowledge and therefore denied.

157. Without knowledge and therefore denied.

158. Without knowledge and therefore denied.

159. Without knowledge and therefore denied.

160. Without knowledge and therefore denied.

161. Without knowledge and therefore denied.

162. Without knowledge and therefore denied.

163. Without knowledge and therefore denied.

164. Without knowledge and therefore denied.

165. Without knowledge and therefore denied.

166. Without knowledge and therefore denied.

167. Without knowledge and therefore denied.

168. Without knowledge and therefore denied.

169. Without knowledge and therefore denied.

170. Without knowledge and therefore denied.

171. Without knowledge and therefore denied.

172. Without knowledge and therefore denied.

173. Without knowledge and therefore denied.

174. Without knowledge and therefore denied.

175. Without knowledge and therefore denied.

176. Without knowledge and therefore denied.

177. Denied as phrased.

178. Without knowledge and therefore denied.

179. Without knowledge and therefore denied.

180. Without knowledge and therefore denied.

181. Without knowledge and therefore denied.

182. Without knowledge and therefore denied.

183. Without knowledge and therefore denied.

184. Without knowledge and therefore denied.

185. Without knowledge and therefore denied.

186. Without knowledge and therefore denied.

187. Without knowledge and therefore denied.

188. Without knowledge and therefore denied.

189. Without knowledge and therefore denied.

190. Without knowledge and therefore denied.

191. Without knowledge and therefore denied.

192. Without knowledge and therefore denied.

193. Without knowledge and therefore denied.

194. Without knowledge and therefore denied.

195. Without knowledge and therefore denied.

196.   Without knowledge and therefore denied.

197.   Without knowledge and therefore denied.

198.   Without knowledge and therefore denied.

199.   Without knowledge and therefore denied.

200.   Without knowledge and therefore denied.

201.   Without knowledge and therefore denied.

202.   Without knowledge and therefore denied.

203.   Without knowledge and therefore denied.

204.   Without knowledge and therefore denied.

205.   Without knowledge and therefore denied.

206.   Without knowledge and therefore denied.

207.   Without knowledge and therefore denied.

208.   Without knowledge and therefore denied.

209.   Without knowledge and therefore denied.

210.   Without knowledge and therefore denied.

211.   Without knowledge and therefore denied.

212.   Without knowledge and therefore denied.

213.   Without knowledge and therefore denied.

214.   Without knowledge and therefore denied.

215.   Without knowledge, including all discrete subparagraphs, and therefore denied.

216.  Without knowledge and therefore denied.

217.  Without knowledge and therefore denied.

218.  Without knowledge and therefore denied.

219.  Without knowledge and therefore denied.

220.  Without knowledge and therefore denied.

221.  Without knowledge and therefore denied.

222.  Without knowledge and therefore denied.

223.  Without knowledge and therefore denied.

224.  Denied as phrased.

225.  Denied.

226.  Denied.

227.  Denied.

228.  Denied, including all discrete subparagraphs.

229.  Denied.

230.  Denied.

231.  Denied.

232.  Denied.

233.  Denied.

234.  Denied.

235.  Denied.

236.  Denied.

237.   Denied as phrased.

238.   Without knowledge and therefore denied.

239.   Denied.

240.   Denied.

241.   Denied.

242.   Denied.

243.   Denied.

244.   Denied.

245.   Without knowledge and therefore denied.

246.   Without knowledge and therefore denied.

247.   Without knowledge and therefore denied.

248.   Without knowledge and therefore denied.

249.   Without knowledge and therefore denied.

250.   Without knowledge and therefore denied.

## COUNT I – Fourth Amendment Malicious Prosecution Under 42 U.S.C. § 1983 (Against Defendants O'Connell and Walters)

251.   Defendant reasserts his responses to paragraphs 1-7, 10 ,12, 14-43, and 57-202 as if fully set forth herein.

252.   Denied.

253.   Without knowledge and therefore denied.

254.   Denied.

14

255.   Denied.

256.   Denied.

257.   Without knowledge and therefore denied.

258.   Denied.

259.   Denied.

## COUNT II

260 – 268.   The allegations of this count are not addressed to this Defendant, so no response is required. To the extent the allegations of this count can be construed against this Defendant, they are denied.

## COUNT III

269-277.   The allegations of this count are not addressed to this Defendant, so no response is required. To the extent the allegations of this count can be construed against this Defendant, they are denied.

278.   Defendant denies all paragraphs, including all sub-parts, allegations, and demands in Plaintiff's First Amended Complaint that are not specifically admitted.

## AFFIRMATIVE DEFENSES

1.   Plaintiff's damages were actually and proximately caused by third parties over whom this Defendant had no authority or control, including but not limited to the City of Jacksonville Beach and its agents and employees, the Office of the State Attorney for the Fourth Judicial Circuit

and its agents and employees, and witnesses interviewed by the Jacksonville Beach Police Department who identified Plaintiff as a suspect.

2.     Defendant was, at all times mentioned in Plaintiff's Amended Complaint, appointed and acting as a law enforcement officer of the City of Jacksonville, and at all times herein mentioned was engaged in the performance of his regularly assigned duties as a police officer.

3.     Defendant, at all relevant times, acted in good faith, without malice, and within the scope of his duties as a law enforcement officer, and in a manner which he reasonably believed was necessary and consistent with the applicable law and is therefore entitled to immunity.

4.     Defendant, pursuant to *Harlow v. Fitzgerald*, 102 S.Ct. 2727 (1982), is entitled to qualified immunity and is immune from liability because he acted within his discretionary authority in an objectively reasonable manner, in good faith, and had an honest, reasonable belief that his actions were necessary and did not violate clearly established law.

5.     The issuance of the arrest warrant by a neutral and detached magistrate was a superseding cause of the violations of which Plaintiff complains.

6.     The City of Jacksonville and JSO had an express policy to not rely solely on the results of facial recognition technology as a basis for probable cause.

16

7.     At all times material, Defendant acted reasonably and in good faith.

8.     The Amended Complaint fails to state a cause of action against Defendant.

9.     Probable cause existed for the arrest and charging of Plaintiff.

10.    Plaintiff has failed to mitigate his damages.

## DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Brett G. Mereness*

BRETT G. MERENESS
Chief, Tort Department
Florida Bar No.: 98691
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5073
Facsimile: (904) 255-5120
BrettM@coj.net; BOsburn@coj.net
*Lead Counsel for Defendant James Walters*

17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice to all counsel of record.

*/s/ Brett G. Mereness*
BRETT G. MERENESS
Attorney

18