# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ROBERT DILLON,

    *Plaintiff,*

v.                            Case No. 3:26-cv-1930-JEP-PDB

CITY OF JACKSONVILLE BEACH, *et al.*,

    *Defendants.*

_____/

## PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION

In accordance with Local Rule 2.02(a), Plaintiff Robert Dillon designated

Nicholas Warren as lead counsel in "[t]he first paper filed on behalf of [the] party."

*See* Complaint, ECF No. 1 at 65.

Respectfully submitted August 5, 2026,

<table>
<tr><td></td><td>/s/ Nicholas L.V. Warren</td></tr>
<tr><td>Ira J. Lipton*</td><td>Nicholas L.V. Warren (FBN 1019018)</td></tr>
<tr><td>Siddartha Rao*</td><td>Daniel B. Tilley (FBN 102882)</td></tr>
<tr><td>Steven M. Silverberg*</td><td><b>ACLU Foundation of Florida</b></td></tr>
<tr><td><b>Hoguet Newman</b></td><td>4343 West Flagler Street, Suite 400</td></tr>
<tr><td><b>Regal & Kenney, LLP</b></td><td>Miami, FL 33134</td></tr>
<tr><td>60 East 42nd Street, 48th Floor</td><td>(786) 363-1769</td></tr>
<tr><td>New York, NY 10165</td><td>nwarren@aclufl.org</td></tr>
<tr><td>(212) 689-8808</td><td>dtilley@aclufl.org</td></tr>
<tr><td>ilipton@hnrklaw.com</td><td></td></tr>
<tr><td>srao@hnrklaw.com</td><td>Nathan Freed Wessler*</td></tr>
<tr><td>ssilverberg@hnrklaw.com</td><td>Lauren J. Yu*</td></tr>
<tr><td></td><td><b>American Civil Liberties Union Foundation</b></td></tr>
<tr><td>*<i>Special admission</i></td><td>125 Broad Street, 18th Floor</td></tr>
<tr><td></td><td>New York, NY 10004</td></tr>
<tr><td></td><td>(212) 549-2500</td></tr>
<tr><td></td><td>nwessler@aclu.org</td></tr>
<tr><td></td><td>lyu@aclu.org</td></tr>
</table>

*Counsel for Plaintiff*

1