**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBERT DILLON,

      Plaintiff,

v.                                                                    Case No. 3:26-CV-1980-JEP-PDB

CITY OF JACKSONVILLE BEACH, ET AL.,

      Defendants.

_____

**NOTICE OF RELATED ACTION**

Pursuant to Local Rule 1.07(c), the parties give notice that the this case is related

to the following closed criminal case: *State of Florida v. Robert Dillon*, No. 2024-MM-

15708, in Florida's 4th Judicial Circuit Court, Duval County.


Respectfully submitted August 5, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

Nathan Freed Wessler*
Lauren J. Yu*
**American Civil Liberties Union**
**Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

*/s/ David Jadon*
David Jadon (FBN 1010249)
**Roper, Townsend & Sutphen, P.A.**
255 South Orange Avenue, Suite 750
Orlando, FL 32801
(407) 897-5150
djadon@roperpa.com

*Counsel for Def. City of Jacksonville Beach*

*/s/ Christopher J. Stearns*
Christopher J. Stearns (FBN 557870)
**Johnson, Anselmo, Murdoch,**
**Burke, Piper & Hochman, P.A.**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100

nwessler@aclu.org
lyu@aclu.org

Ira J. Lipton*
Siddartha Rao*
Steven M. Silverberg*
**Hoguet Newman**
**Regal & Kenney, LLP**
60 East 42nd Street, 48th Floor
New York, NY 10165
(212) 689-8808
ilipton@hnrklaw.com
srao@hnrklaw.com
ssilverberg@hnrklaw.com

*Special admission*

*Counsel for Plaintiff Robert Dillon*

stearns@jambg.com

*Counsel for Defendant Scott O'Connell*

/s/ Brett Mereness
Brett Mereness (FBN 98691)
Chief General Counsel, Tort Dept.
**Office of General Counsel**
**City of Jacksonville**
117 West Duval Street, Suite 480
Jacksonville, FL 32202
(904) 255-5060
brettm@coj.net

*Counsel for Defendant James Walters*

/s/ Sonya Harrell
Sonya Harrell (FBN 42803)
Deputy General Counsel, Tort Dept.
**Office of General Counsel**
**City of Jacksonville**
117 West Duval Street, Suite 480
Jacksonville, FL 32202
(904) 255-5060
sonyah@coj.net

*Counsel for Defendant Sheriff T.K. Waters*