JES

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: 3:26-cv-01930-JEP-PDB

| | |
|---|---|
| Dillon v. City of Jacksonville Beach et al | Date Filed: 06/10/2026 |
| Assigned to: Judge Jordan Emery Pratt | Jury Demand: Both |
| Referred to: Magistrate Judge Patricia D. Barksdale | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Robert Dillon**                                                represented by  **Nicholas Warren**
ACLU Foundation of Florida
4343 West Flagler St.
Suite 400
Miami, FL 33134
786-363-1769
Email: nwarren@aclufl.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Tilley**
ACLU Foundation of Florida, Inc.
4343 West Flagler Street
Suite 400
Miami, FL 33134
786-363-2714
Email: dtilley@aclufl.org
*ATTORNEY TO BE NOTICED*

**Ira J. Lipton**
Hoguet Newman Regal & Kenney, LLP
60 East 42nd Street
Suite 48th Floor
New York, NY 10165
212-689-8808
Fax: 212-689-5101
Email: ilipton@hnrklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Jane Yu**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
917-841-5964
Email: lyu@aclu.org

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Wessler**
125 Broad Street
18th Floor
New York, NY 10004
212-519-7847
Email: nwessler@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Siddartha Rao**
60 East 42nd Street, 48th Floor
New York, NY 10165
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Silverberg**
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
212-689-8808
Fax: 212-689-5101
Email: ssilverberg@hnrklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Jacksonville Beach**                 represented by **David Jadon**
Roper, Townsend & Sutphen, P.A.
Florida
255 S. Orange Ave.,
Suite 750
Orlando, FL 32801
407-897-5150
Email: djadon@roperpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott O'Connell**                 represented by **Christopher J. Stearns**
Johnson, Anselmo, Murdoch, Burke, Piper
2455 E. Sunrise Blvd.
Suite 1000
Fort Lauderdale, FL 33304
954-463-0100
Email: stearns@jambg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Walters**      represented by    **Brett Gordon Mereness**
Office of General Counsel
117 W Duval St Ste 480
Jacksonville, FL 32202
(904)255-5073
Fax: (904)255-5120
Email: BrettM@coj.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**T.K. Waters**      represented by    **Sonya Harrell**
*in his official capacity as Sheriff of*    Office of General Counsel
*Jacksonville*    117 W Duval Street., Suite 480
Jacksonville, FL 32202
904-255-5060
Fax: 904-255-5120
Email: sonyah@coj.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bob Gualtieri**      represented by    **Paul G. Rozelle**
*in his official capacity as Sheriff of Pinellas*    Pinellas County Sheriff's Office
*County*    10750 Ulmerton Rd (33778)
*TERMINATED: 06/26/2026*    PO Drawer 2500
Largo, FL 33779-2500
727/582-6274
Fax: 727/582-6459
Email: prozelle@pcsonet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2026 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $405 receipt number AFLMDC-25088417) filed by Robert Dillon. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons City of Jacksonville Beach, # 3 Proposed Summons O'Connell, # 4 Proposed Summons Walters, # 5 Proposed Summons Waters, # 6 Proposed Summons Gualtieri)(Warren, Nicholas) (Entered: 06/10/2026) |
| 06/10/2026 | 2 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |
| 06/10/2026 | 3 | MOTION for Nathan Freed Wessler to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088810 for $150 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |
| 06/10/2026 | 4 | MOTION for Lauren J. Yu to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088832 for $150 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |

| 06/10/2026 | 5 | MOTION for Steven M. Silverberg to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088849 for $150 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |
|---|---|---|
| 06/10/2026 | 6 | MOTION for Ira J. Lipton to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088897 for $150 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |
| 06/10/2026 | 7 | MOTION for Siddartha Rao to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088955 for $150 by Robert Dillon. (Warren, Nicholas) (Entered: 06/10/2026) |
| 06/10/2026 | 8 | NEW CASE ASSIGNED to Judge John E. Steele and Magistrate Judge Kevin R. Huguelet. New case number: 2:26-cv-1936-JES-KRH. Motion(s) REFERRED: 6 MOTION for Ira J. Lipton to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088897 for $150 , 3 MOTION for Nathan Freed Wessler to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088810 for $150 , 7 MOTION for Siddartha Rao to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088955 for $150 , 5 MOTION for Steven M. Silverberg to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088849 for $150 , 4 MOTION for Lauren J. Yu to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-25088832 for $150 . Motion(s) referred to Magistrate Judge Kevin R. Huguelet. (JTM) (Entered: 06/10/2026) |
| 06/10/2026 | 9 | SUMMONS issued as to City of Jacksonville Beach, Bob Gualtieri, Scott O'Connell, James Walters, T.K. Waters. (JTM) (Entered: 06/10/2026) |
| 06/10/2026 | 10 | NOTICE TO COUNSEL Ira J. Lipton, Lauren J Yu, Nathan Freed Wessler,Siddartha Rao, Steven M. Silverberg Local Rule 2.01(c), Special Admission - Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details (Signed by Deputy Clerk). (JTM) (Entered: 06/10/2026) |
| 06/11/2026 | 11 | **CIVIL Action Order Signed by all Divisional Judges on 6/11/2026. (TLS)** (Entered: 06/11/2026) |
| 06/11/2026 | 12 | **ENDORSED ORDER granting 3 Motion for Special Admission for Nathan Freed Wessler to appear specially to represent Plaintiff Robert Dillon. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Wessler already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kevin R. Huguelet on 6/11/2026. (BRH)** (Entered: 06/11/2026) |
| 06/11/2026 | 13 | **ENDORSED ORDER granting 4 Motion for Special Admission for Lauren J. Yu to appear specially to represent Plaintiff Robert Dillon. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Yu already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kevin R. Huguelet on 6/11/2026. (BRH)** (Entered: 06/11/2026) |
| 06/11/2026 | 14 | **ENDORSED ORDER granting 5 Motion for Special Admission for Steven M. Silverberg to appear specially to represent Plaintiff Robert Dillon. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Silverberg already** |

| | | |
|---|---|---|
| | | has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. **Signed by Magistrate Judge Kevin R. Huguelet on 6/11/2026. (BRH)** (Entered: 06/11/2026) |
| 06/11/2026 | 15 | **ENDORSED ORDER granting 6 Motion for Special Admission for Ira J. Lipton to appear specially to represent Plaintiff Robert Dillon. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Lipton already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kevin R. Huguelet on 6/11/2026. (BRH)** (Entered: 06/11/2026) |
| 06/11/2026 | 16 | **ENDORSED ORDER granting 7 Motion for Special Admission for Siddartha Rao to appear specially to represent Plaintiff Robert Dillon. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Rao already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kevin R. Huguelet on 6/11/2026. (BRH)** (Entered: 06/11/2026) |
| 06/15/2026 | 17 | NOTICE of Appearance by Paul G. Rozelle on behalf of Bob Gualtieri (Rozelle, Paul) (Entered: 06/15/2026) |
| 06/15/2026 | 18 | NOTICE of Lead Counsel Designation by Paul G. Rozelle on behalf of Bob Gualtieri. Lead Counsel: Paul G. Rozelle. (Rozelle, Paul) (Entered: 06/15/2026) |
| 06/15/2026 | 19 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Bob Gualtieri. (Rozelle, Paul) (Entered: 06/15/2026) |
| 06/18/2026 | 20 | NOTICE of hearing: Rule 16(b) Conference set for 8/5/2026 at 11:00 AM via Zoom Video Conference before Magistrate Judge Kevin R. Huguelet. Case Management Report due by 7/29/2026. The parties shall use the following Zoom link: Join ZoomGov Meetinghttps://www.zoomgov.com/j/1652744523?pwd=AIN8zoTleh37j9ADt6OTbZ65FAwBs1.1; Meeting ID: 165 274 4523; Passcode: 551664. (CGW) (Entered: 06/18/2026) |
| 06/19/2026 | 21 | NOTICE of Lead Counsel Designation by David Jadon on behalf of City of Jacksonville Beach. Lead Counsel: David R. Jadon. (Jadon, David) (Entered: 06/19/2026) |
| 06/19/2026 | 22 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by City of Jacksonville Beach. (Jadon, David) (Entered: 06/19/2026) |
| 06/25/2026 | 23 | NOTICE of voluntary dismissal by Robert Dillon (Warren, Nicholas) (Entered: 06/25/2026) |
| 06/26/2026 | 24 | **ORDER dismissing defendant Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall terminate this defendant on the docket and correct the caption of the case to reflect the dismissal. Signed by Judge John E. Steele on 6/26/2026. (BCW)** (Entered: 06/26/2026) |
| 06/29/2026 | 25 | RETURN of service executed on 6/10/26 by Robert Dillon as to T.K. Waters. (Warren, Nicholas) (Entered: 06/29/2026) |

| 06/29/2026 | 26 | RETURN of service executed on 6/11/26 by Robert Dillon as to City of Jacksonville Beach. (Warren, Nicholas) (Entered: 06/29/2026) |
|---|---|---|
| 06/29/2026 | 27 | WAIVER of service returned executed on 6/18/26 by Robert Dillon as to James Walters. (Warren, Nicholas) (Entered: 06/29/2026) |
| 07/01/2026 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by T.K. Waters. (Harrell, Sonya) Motions referred to Magistrate Judge Kevin R. Huguelet. (Entered: 07/01/2026) |
| 07/02/2026 | 29 | **ENDORSED ORDER granting Defendant's, T.K. Waters, Unopposed Motion for Extension of Time to Respond. (Doc. 28). On or before July 8, 2026, Defendant must file Defendant's response to Plaintiff's Complaint. (Doc. 1). Signed by Magistrate Judge Kevin R. Huguelet on 7/2/2026. (KDM)** (Entered: 07/02/2026) |
| 07/02/2026 | 30 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by City of Jacksonville Beach. (Attachments: # 1 Exhibit)(Jadon, David) (Entered: 07/02/2026) |
| 07/02/2026 | 31 | MOTION to Change Venue / Transfer Case by City of Jacksonville Beach. (Jadon, David) (Entered: 07/02/2026) |
| 07/06/2026 | 32 | CERTIFICATE of compliance *Updated Rule 3.01(g)* by City of Jacksonville Beach. (Jadon, David) (Entered: 07/06/2026) |
| 07/08/2026 | 33 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by T.K. Waters. (Harrell, Sonya) (Entered: 07/08/2026) |
| 07/10/2026 | 34 | RESPONSE in Opposition re 31 MOTION to Change Venue / Transfer Case filed by Robert Dillon. (Silverberg, Steven) (Entered: 07/10/2026) |
| 07/13/2026 | 35 | AMENDED COMPLAINT against City of Jacksonville Beach, Scott O'Connell, James Walters, T.K. Waters with Jury Demand, filed by Robert Dillon. (Warren, Nicholas) (Entered: 07/13/2026) |
| 07/20/2026 | 36 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by T.K. Waters. (Harrell, Sonya) (Entered: 07/20/2026) |
| 07/21/2026 | 37 | Case Reassigned to Judge Sheri Polster Chappell. New case number: 2:26-cv-01936-SPC-KRH. Judge John E. Steele no longer assigned to the case. (FLMD_CMECF_SVC01, ) (Entered: 07/21/2026) |
| 07/27/2026 | 38 | NOTICE of Lead Counsel Designation by Brett Gordon Mereness on behalf of James Walters. Lead Counsel: Brett G. Mereness. (Mereness, Brett) (Entered: 07/27/2026) |
| 07/27/2026 | 39 | SUMMONS returned unexecuted by Robert Dillon as to Scott O'Connell. (Tilley, Daniel) (Entered: 07/27/2026) |
| 07/27/2026 | 40 | WAIVER of service returned Unexecuted as to Scott O'Connell, filed by Robert Dillon. (Attachments: # 1 Service Waiver Request)(Warren, Nicholas) (Entered: 07/27/2026) |
| 07/27/2026 | 41 | **OPINION AND ORDER granting Defendant City of Jacksonville Beach's 31 Motion to Transfer Venue. The Clerk is directed to transfer this case to the Jacksonville Division of the Middle District of Florida for all further proceedings. The Clerk shall terminate all deadlines and close the Fort Myers file. Signed by Judge Sheri Polster Chappell on 7/27/2026. (BCW)** (Entered: 07/27/2026) |
| 07/28/2026 | 42 | NOTICE of Appearance by Christopher J. Stearns on behalf of Scott O'Connell (Stearns, Christopher) (Entered: 07/28/2026) |

| 07/28/2026 | 43 | RETURN of service executed on 7/24/2026 by Robert Dillon as to Scott O'Connell. (Warren, Nicholas) (Entered: 07/28/2026) |
|---|---|---|
| 07/28/2026 | 44 | TRANSFER IN from Fort Myers Division on 07/28/2026 Case Number 2:26-cv-1936. Case assigned to District Judge Jordan Emery Pratt and Magistrate Judge Monte C. Richardson. New Case Number: 3:26-cv-1930-JEP-MCR. (LF) (Entered: 07/29/2026) |
| 07/30/2026 | 45 | ANSWER and affirmative defenses with Jury Demand to 35 Amended Complaint by T.K. Waters.(Harrell, Sonya) (Entered: 07/30/2026) |
| 07/30/2026 | 46 | ANSWER and affirmative defenses with Jury Demand to 35 Amended Complaint by City of Jacksonville Beach.(Jadon, David) (Entered: 07/30/2026) |
| 07/31/2026 | 47 | Case Reassigned to Magistrate Judge Patricia D. Barksdale. New case number: 3:26-cv-01930-JEP-PDB. Magistrate Judge Monte C. Richardson no longer assigned to the case. (FLMD_CMECF_SVC01, ) (Entered: 07/31/2026) |
| 08/04/2026 | 48 | ANSWER and affirmative defenses with Jury Demand to 35 Amended Complaint by James Walters.(Mereness, Brett) (Entered: 08/04/2026) |
| 08/05/2026 | 49 | NOTICE canceling Rule 16(b) Conference hearing scheduled for 8/5/2026 before Magistrate Judge Kevin R. Huguelet. (TLS) (Entered: 08/05/2026) |
| 08/05/2026 | 50 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by James Walters. (Mereness, Brett) (Entered: 08/05/2026) |
| 08/05/2026 | 51 | **ENDORSED ORDER. By August 19, 2026, Robert Dillon must notify the court who will be serving as lead counsel. See Local Rule 2.02(a). By the same day, Scott O'Connell and James Walters must file disclosure statements using the standard form on the court's website, www.flmd.uscourts.gov/local-rules/rule-303-disclosure-statement. See Local Rule 3.03. Signed by Magistrate Judge Patricia D. Barksdale on August 5, 2026. (JCB)** (Entered: 08/05/2026) |
| 08/05/2026 | 52 | NOTICE of Lead Counsel Designation by Nicholas Warren on behalf of Robert Dillon. Lead Counsel: Nicholas Warren. (Warren, Nicholas) (Entered: 08/05/2026) |
| 08/05/2026 | 53 | CASE MANAGEMENT REPORT. (Warren, Nicholas) (Entered: 08/05/2026) |
| 08/05/2026 | 54 | NOTICE of a related action per Local Rule 1.07(c) by Robert Dillon. Related case(s): Yes (Warren, Nicholas) (Entered: 08/05/2026) |