UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:26-cv-1930-JEP-PDB

ROBERT DILLON,

Plaintiff,

vs.

CITY OF JACKSONVILLE BEACH, SCOTT O'CONNELL, JAMES WALTERS, T.K. WATERS, *in his official capacity as Sheriff of Jacksonville,*

Defendants.
_________________________________/

**DEFENDANT, SCOTT O'CONNELL'S, RESPONSE TO ORDER TO SHOW CAUSE [ECF 60]**

Defendant, Scott O'Connell, by and through undersigned counsel, respectfully responds to this Court's Order to Show Cause [ECF 60], and states:

1. The undersigned counsel, Christopher J. Stearns, acknowledges that he failed to comply with the Court's deadline to serve the Local Rule 3.03 Disclosure Statement and respectfully apologizes to this Honorable Court for this inadvertent oversight. The failure to timely file the Disclosure Statement was not intentional and was not meant to disregard the Court's Order. The oversight occurred as counsel was preparing to depart for a scheduled vacation for his 50th birthday, and through error, the deadline was missed. Counsel served the other parties with Defendant's Rule 26 disclosures but inadvertently

overlooked the deadline for the Local Rule 3.03 Disclosure Statement. Counsel takes full responsibility for this omission and respectfully requests that the Court accept this explanation and not impose sanctions.

2. Defendant is separately and concurrently filing the Disclosure Statement in compliance with the Court's prior order. [ECF 51].

WHEREFORE, Defendant, Scott O'Connell, respectfully requests that this Court discharge the Order to Show Cause and accept Defendant's Disclosure Statement out of time.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: *_/s/ Christopher J. Stearns_*

CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Counsel for O'Connell**
2455 East Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com
young@jambg.com
nunez@jambg.com

**SERVICE LIST**

**Ira J. Lipton, Esq.**
**Steven M. Silverberg, Esq.**
Hoguet Newman Regal & Kenney, LLP
**Counsel for Plaintiff**
60 East 42nd Street
Suite 48th Floor
New York, NY 10165
212-689-8808
ilipton@hnrklaw.com
ssilverberg@hnrklaw.com

**Lauren Jane Yu**
**Nathan Wessler**
American Civil Liberties Union Foundation
**Counsel for Plaintiff**
125 Broad Street, 18th Floor
New York, NY 10004
917-841-5964
lyu@aclu.org
nwessler@aclu.org

**Siddartha Rao**
**Counsel for Plaintiff**
60 East 42nd Street, 48th Floor
New York, NY 10165

**Nicholas Warren**
ACLU Foundation of Florida
**Counsel for Plaintiff**
4343 West Flagler St., Suite 400
Miami, FL 33134
786-363-1769
nwarren@aclufl.org

**David Jadon, Esq.**
Roper, Townsend & Sutphen, P.A.
Florida
**City of Jacksonville Beach**
255 S. Orange Ave., Suite 750
Orlando, FL 32801
407-897-5150
Email: djadon@roperpa.com

**Brett Gordon Mereness, Esq.**
Office of General Counsel
**Counsel for James Walters**
117 W Duval St Ste 480
Jacksonville, FL 32202
(904)255-5073
Email: BrettM@coj.net

**Sonya Harrell, Esq.**
Office of General Counsel
**Counsel for T.K. Waters**
117 W Duval Street., Suite 480
Jacksonville, FL 32202
904-255-5060
sonyah@coj.net

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Counsel for Scott O'Connell**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
stearns@jambg.com
young@jambg.com
(954) 463-0100 (Phone)