UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:26-cv-1930-JEP-PDB

ROBERT DILLON,

Plaintiff,

vs.

CITY OF JACKSONVILLE BEACH, SCOTT O'CONNELL, JAMES WALTERS, T.K. WATERS, *in his official capacity as Sheriff of Jacksonville,*

Defendants.
________________________________/

**DEFENDANT, SCOTT O'CONNELL'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   None.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   None.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   None.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   Not applicable.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   Not applicable.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

*Christopher J. Stearns*

Christopher J. Stearns, Esq.
Counsel for Defendant,
Scott O'Connell
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
stearns@jambg.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: */s/ Christopher J. Stearns*
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Counsel for O'Connell**
2455 East Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com
young@jambg.com
nunez@jambg.com

**SERVICE LIST**

**Ira J. Lipton, Esq.**
**Steven M. Silverberg, Esq.**
Hoguet Newman Regal & Kenney, LLP
**Counsel for Plaintiff**
60 East 42nd Street
Suite 48th Floor
New York, NY 10165
212-689-8808
ilipton@hnrklaw.com
ssilverberg@hnrklaw.com

**Lauren Jane Yu**
**Nathan Wessler**
American Civil Liberties Union Foundation
**Counsel for Plaintiff**
125 Broad Street, 18th Floor
New York, NY 10004
917-841-5964
lyu@aclu.org
nwessler@aclu.org

**Siddartha Rao**
**Counsel for Plaintiff**
60 East 42nd Street, 48th Floor
New York, NY 10165

**Nicholas Warren**
ACLU Foundation of Florida
**Counsel for Plaintiff**
4343 West Flagler St., Suite 400
Miami, FL 33134
786-363-1769
nwarren@aclufl.org

**David Jadon, Esq.**
Roper, Townsend & Sutphen, P.A.
Florida
**City of Jacksonville Beach**
255 S. Orange Ave., Suite 750
Orlando, FL 32801
407-897-5150
Email: djadon@roperpa.com

**Brett Gordon Mereness, Esq.**
Office of General Counsel
**Counsel for James Walters**
117 W Duval St Ste 480
Jacksonville, FL 32202
(904)255-5073
Email: BrettM@coj.net

**Sonya Harrell, Esq.**
Office of General Counsel
**Counsel for T.K. Waters**
117 W Duval Street., Suite 480
Jacksonville, FL 32202
904-255-5060
sonyah@coj.net

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Counsel for Scott O'Connell**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
stearns@jambg.com
young@jambg.com
(954) 463-0100 (Phone)