**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBERT DILLON,

*Plaintiff*,

v. No. 3:26-cv-1930-JEP-PDB

CITY OF JACKSONVILLE BEACH, *et al.*,

*Defendants*.

______________________________________/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Plaintiff gives notice of *Osorio v. Kilmer*, No. 26-cv-00004, 2026 WL 3390238 (E.D. Ky. Nov. 9, 2026). *Osorio* is relevant to Plaintiff's arguments in his Response to Defendant Scott O'Connell's Motion to Dismiss (ECF No. 64) regarding how improper reliance on uncorroborated information obtained from facial recognition technology is insufficient for probable cause, *see id.* at 12; *Osorio*, 2026 WL 3390238, at *5, and how Defendant O'Connell is not entitled to qualified immunity for his improper reliance on facial recognition technology, *see* ECF No. 64 at 19–20; *Osorio*, 2026 WL 3390238, at *8.

Respectfully submitted November 16, 2026,

/s/ Lauren J. Yu
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

Ira J. Lipton*
Siddartha Rao*
Steven M. Silverberg*
**Hoguet Newman**
**Regal & Kenney, LLP**
60 East 42nd Street, 48th Floor
New York, NY 10165

(212) 689-8808
ilipton@hnrklaw.com
srao@hnrklaw.com
ssilverberg@hnrklaw.com

* *Special admission*

dtilley@aclufl.org

Nathan Freed Wessler*
Lauren J. Yu*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org
lyu@aclu.org

*Counsel for Plaintiff*